In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00173-CR


______________________________




RICHARD LEONAR WHYTUS, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 196th Judicial District Court


Hunt County, Texas


Trial Court No. 24,841




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Richard Leonar Whytus appeals from his conviction by a jury on seven charges of aggravated
assault with a deadly weapon. (1) See Tex. Penal Code Ann. § 22.02(a)(2) (Vernon Supp. 2008). The
evidence shows that while quite intoxicated, he drove his car into a daycare full of napping children. 
Two workers and several of the children were injured. 

 Whytus has filed a single brief, in which he raises a single issue which is common to all of
his appeals. He argues that the trial court committed reversible error by refusing to submit his
requested charge on the lesser-included offense of assault causing bodily injury.

 We addressed this issue in detail in our opinion of this date on Whytus's appeal in cause
number 06-08-00167-CR. For the reasons stated therein, we likewise conclude that error has not
been shown in this case.

 We affirm the judgment. 


 Bailey C. Moseley

 Justice


Date Submitted: February 26, 2009

Date Decided: February 27, 2009


Do Not Publish
1. Whytus appeals from seven convictions, all for aggravated assault with a deadly weapon,
cause numbers 06-08-00167-CR through 06-08-00173-CR. 



f">          We affirm the judgment of the trial court.
 
                                                                           Josh R. Morriss                                                                                                        Chief Justice

Date Submitted:      October 20, 2003
Date Decided:         October 31, 2003

Do Not Publish